others. From a decree (Snell v. Frank Snell Sawmill Co., 271 Fed. 696) in favor of Wilson & Bennett and others, on their petition for an allowance of fees, the defendant named and others appeal. Affirmed. E. K. Wilcox, of Valdosta, Ga., and Samuel Silbiger, of Brooklyn, N. Y., for appellants. Max Isaac, of Brunswick, Ga., for appellees. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. In effect the decree appealed from was one allowing to solicitors of a party to the suit a stated fee out of a fund to the bringing of which into court the services rendered by those solicitors contributed, the party represented by them being, by a decree of the court in the case, a beneficiary of such fund. We are of opinion that the record does not show any reversible error. The decree is affirmed.

---

KEA v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. October 14, 1922.) No. 3803. In Error to the District Court of the United States for the Southern District of Georgia; Beverly D. Evans, Judge. Adrian M. Kea was convicted of accepting bribes, and he brings error. Affirmed. Wallace Miller, of Macon, Ga., for plaintiff in error. John W. Bennett, U. S. Atty., of Macon, Ga. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The judgment is affirmed.

---

McRITCHIE v. SPINNERS' COTTON CO. In re WILLINGHAM'S WAREHOUSE. (Circuit Court of Appeals, Fifth Circuit. October 14, 1922.) No. 3936. Appeal from the District Court of the United States for the Southern District of Georgia; William H. Barrett, Judge. Proceeding on the claim of the Spinners' Cotton Company against Willingham's Warehouse, a bankrupt. An order of the referee allowing the claim was affirmed, and T. B. McRitchie, trustee, appeals. Affirmed. Wallace Miller and A. L. Miller, both of Macon, Ga., for appellant. John R. L. Smith, of Macon, Ga. (Grady C. Harris, of Macon, Ga., on the brief), for appellee. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The order or decree appealed from is affirmed.

---

McWHORTER v. BARNES et al. In re BRYAN–BEATTY CO. et al. (Circuit Court of Appeals, Fifth Circuit. October 6, 1922.) No. 3862. Petition to Superintend and Revise from the District Court of the United States for the Northern District of Georgia; Samuel H. Sibley, Judge. In the matter of the Bryan-Beatty Company, a firm composed of O. B. Menees and another, bankrupt, of whose estate D. T. Barnes is trustee. An order of the referee, allowing the members of the bankrupt firm to amend the schedules, so as to renounce their claims to exemptions, was affirmed by the District Judge (In re Bowers, 278 Fed. 681), and M. P. McWhorter, as receiver of O. B. Menees and another, brings a petition to superintend and revise. Petition denied. Stephen C. Upson, of Athens, Ga., for petitioner. Abit Nix, of Athens, Ga., for appellees. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. For reasons stated in the opinion rendered by the District Judge, we think that the ruling complained of was correct. It follows that the petition should be denied; and it is so ordered. Petition denied.

---

MISHAWAKA WOOLEN MFG. CO. v. FEDERAL TRADE COMMISSION. (Circuit Court of Appeals, Seventh Circuit. September 13, 1922.) No. 2773. Petition to Review Order of Federal Trade Commission. Petition by the Mishawaka Woolen Manufacturing Company to review an order of the Federal Trade Commission. Petition dismissed. Alexis C. Angell and Henry E.